IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BARBARA PARIS,

        Plaintiff,

v.                           Civil Action Number 2:15-cv-12479

ETHICON, INC., et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

On December 1, 2020, the court entered an Order directing plaintiff, through her counsel, to indicate by December 15, 2020 (1) whether she intends to terminate representation by all plaintiff's counsel; and (2) whether she wishes to proceed with this case or dismiss this case with or without prejudice and close it. Plaintiff, by counsel, responded on December 10, 2020, indicating that she wished to terminate her counsel and proceed with her case. [ECF No. 38].

The court **ORDERS** that the Amended Motion to Withdraw as Counsel [ECF No. 32] is **GRANTED**. The Clerk is instructed to remove plaintiff's counsel on the docket and add plaintiff's address: 12320 N.E. 18th Avenue, Vancouver, WA 98685. Plaintiff, as a *pro se* litigant, is warned that she is responsible for monitoring and abiding by future orders in her case.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and plaintiff at her address.

ENTER: December 16, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE