UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARBARA PARIS,

        Plaintiff,

  v.

ETHICON, INC. and JOHNSON & JOHNSON,

        Defendants.

CASE NO. C20-6266 BHS

ORDER

THIS MATTER is before the Court on Defendants' Status Report, Dkt. 77, which followed Plaintiff Barbara Paris's June 1, 2022, Suggestion of Death, Dkt. 74. Under Fed. R. Civ. P. 25(a)(1), any party or decedent's successor or representative has ninety days to make a motion for substitution. If the motion is not made within ninety days after service of a statement noting the death, the action by or against the decedent must be dismissed.

As of August 31, 2022, ninety days have elapsed since this notice was served and there has been no motion. Defendants assert that Paris's appointed counsel has informed them that he no longer represents Paris or her Estate. Dkt. 77 at 1.

Accordingly, this matter is **DISMISSED with prejudice**.

ORDER - 1

1    The Clerk shall enter a **JUDGMENT** and close the case.

2    IT IS SO ORDERED.

3    Dated this 19th day of September, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge